IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| DENNIS A. HEAVRIN, | ) | |
| | ) | BANKRUPTCY NO. 09-41262 |
| Debtor. | ) | |

**COMBINED NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

    NOW COME Scott P. Hendricks and Cynthia A. Hagan of the law office of Hendricks & Hagan and enters their appearance as counsel for The Bank of Carbondale, and pursuant to Rules 2002, 9007, and 9010 of the Rules of Bankruptcy Procedure, respectfully requests that all notices hereafter given or required to be given, all notices of adversary matters, and all documents served or required to be served in the case, be given to and served upon the Law Office of Hendricks & Hagan, 206 West College, Suite 12, Carbondale, Illinois 62901, telephone (618) 529-2274.

    The foregoing request includes not only the notices and appearance referred to in the rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

    DATED: August 21, 2009

                                                                Respectfully Submitted,
                                                               /s/ Scott P. Hendricks
                                                               Scott P. Hendricks, 06184949
                                                               Cynthia A. Hagan, 06187140
                                                               Attorneys for The Bank of Carbondale

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing instrument was served upon all interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each attorney or interested party at their address(es) disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Carbondale, Illinois on August 21, 2009

| Jay Howd | Bob Kearney | U.S. Department of Justice |
|---|---|---|
| The Bankruptcy Clinic | Chapter 13 Trustee | U.S. Trustee, Region X |
| 811 West Main | P.O. Box 998 | Becker Building |
| Carbondale, IL 62901 | Benton, IL 62812 | 401 Main, Room 1100 |
| | | Peoria, IL 61602 |

                                                                                           /s/ Monica Reid