IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| DENNIS A. HEAVRIN, | ) | |
| | ) | BANKRUPTCY NO. 09-41262 |
| Debtor. | ) | |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | ) | |
| THE BANK OF CARBONDALE, | ) | MOTION FOR RELIEF FROM |
| | ) | AUTOMATIC STAY AND TO |
| Movant, | ) | ABANDON PROPERTY |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS A. HEAVRIN, | ) | |
| Respondent. | ) | |

## NOTICE FOR MOTION OR OTHER REQUESTS FOR RELIEF FROM AUTOMATIC STAY AND TO ABANDON PROPERTY

The above-captioned persons shall take notice that a motion or other request to lift the automatic stay and for abandonment of property in the above-captioned bankruptcy has been mailed for filing on behalf of The Bank of Carbondale on the 21st day of August, 2009.

Objections to the attached motion must be filed with the United States Bankruptcy Clerk, Southern District of Illinois, 301 West Main, Benton, IL 62812, on or before September 8, 2009, with a copy forwarded to Creditor's attorney, the Trustee, any other creditors who may have an interest. If no objections to the relief sought are timely filed, an Order granting the same maybe entered forthwith.

You are further notified that if an objection to this motion is filed, a preliminary hearing on the motion will be held on September 15, 2009 at 9:00 a.m. at the United States Bankruptcy Court, Southern District of Illinois, 301 West Main, Benton, IL 62812.

A copy of this notice is being sent to the debtors, debtors' attorney, trustee, the U.S. trustee and all interested parties at the addresses shown below the postage fully prepaid and by depositing said envelopes in a U.S. Post Office Mail Box in Carbondale, Illinois on the 21st day of August, 2009.

| | | |
|---|---|---|
| Jay Howd | Bob Kearney | U.S. Department of Justice |
| The Bankruptcy Clinic | Chapter 13 Trustee | U.S. Trustee, Region X |
| 811 West Main | P.O. Box 998 | Becker Building |
| Carbondale, IL 62901 | Benton, IL 62812 | 401 Main, Room 1100 |
| | | Peoria, IL  61602 |

Respectfully Submitted,
        /s/ Scott P. Hendricks
Scott P. Hendricks, 06184949
Cynthia A. Hagan, 06187140
Attorneys for Movant